# United States District Court
## Violation Notice

CVB Location Code: **MY95**

**Violation Number:** 5260002
**Officer Name (Print):** Tomasiello
**Officer No.:** 690

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 5/22/16 0344
**Offense Charged:** ☒ CFR  ☐ USC  ☐ State Code
36 CFR 4.22(b)(3)

**Place of Offense:** Ramp to Kenilworth from SIB

**Offense Description: Factual Basis for Charge:** Fail to Maintain Proper Control

HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** Brown
**First Name:** Tony

**Tag No.:** YNW6901
**State:** VA
**Year:**
**Make/Model:**
**PASS** ☐
**Color:**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 130 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 155 Total Collateral Due

### YOUR COURT DATE
Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)   Original - CVB Copy

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ _____
            Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
            Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN JUL 12, 2016 11:16